IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-62-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| LEON SEMINOLE, | |
| Defendant. | |

Upon the United States' Notice of Intent to Request Redaction (Doc. 110), and good cause appearing,

IT IS HEREBY ORDERED that the United States may file its redaction request to redact the name and age of the parties' minor child in the sentencing transcript.

DATED this 21st day of October, 2016.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1